**Location:** Philadelphia, PA  
**Total Works Infringed:** 48  
**IP Address:** 100.19.39.68  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 31BCFE0C63140A09ADD23EB04EC95EBB7AD84C39<br>File Hash: 89E1C3784A48F5050C3F93E8C7226914FB3E32D58CC9ED07C231A2E465E14776 | 12/25/2020 22:21:00 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 2 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash: F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 12/25/2020 22:15:49 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 3 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734<br>File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 11/17/2020 21:46:46 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 4 | Info Hash: 090FC56A234EDD703DC3EC3ECB75989FA1D02917<br>File Hash: 222D59260952B32802128BC48A36BB788408D33F83128B2D9F48D7AE9D7B385E | 11/09/2020 00:45:30 | Blacked Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 5 | Info Hash: 519B912FC07154CEE0B5E2B8F3F3497D4536F516<br>File Hash: F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 09/29/2020 23:44:36 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 6 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 08/31/2020 23:48:55 | Blacked Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |
| 7 | Info Hash: D90329548E4E4A42E96AC7F3EF4CDDFF8C2A56ED<br>File Hash: 7AC386459BCD18F2A0DFF35C9EE060D5E38567F76AA3FF6FC1E678AC05AF5A36 | 08/26/2020 23:28:35 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 8 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 08/25/2020 00:36:37 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8BF91BF8EEEB37CEAC4F886B9EB4EC4D86B47BB7 File Hash: 4CF85083CDAA7F8F2DBEDDA2E94A071DD4049A672D7B4275CDC3E5FFCF5CD37E | 08/06/2020 21:14:55 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 10 | Info Hash: BE47A2DF9F06B30A58871E8C917F04A2CA41C0B1 File Hash: 1E9671BE3A0E3D0A519B06B15442B8C8C0C5F0CA1A07B0672708D2930832DBBE | 08/02/2020 17:17:19 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 11 | Info Hash: AB1479022A1F4AEDC52D48AA2AB45380C18B7FDE File Hash: D199ACE7CD06637DD2D6E8A8679A8DA1AB5A1FB28638536F51C9B42FE8F5A177 | 07/21/2020 01:15:52 | Blacked Raw | 07/20/2020 | 08/11/2020 | PA0002252263 |
| 12 | Info Hash: E9407F58E7AC3E4D0F002D6C7DB295374399E029 File Hash: 93E94D485908E0CE0D824D747E4F76C52D9AFCB79CAD56362CC477EC64C83E01 | 06/14/2020 20:24:26 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 13 | Info Hash: C2AE872D6AD8CA3876E8685FE24D3E06CA94D148 File Hash: 194A26D73C5E0DCE719CDE8CB1A80CC2C6A8690BE559CD701CE9B9D09C6EA057 | 06/13/2020 19:11:40 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 14 | Info Hash: 6FA4566EC402C31050150585E69956DCAAA54528 File Hash: EDFAA545B48AB8E2AF06DA371621B1BC1F374BD3B4F25F1B8FF7AF471303E192 | 06/08/2020 20:03:33 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 15 | Info Hash: 94BB0DA0205376A79F16CF4B97D08D302456B5BB File Hash: 4F4BCE2B849859CDD824301DACEDCED592BA24CAD1FA3E5B20B4B210501648AC | 06/08/2020 19:10:59 | Blacked Raw | 06/08/2020 | 06/25/2020 | PA0002255509 |
| 16 | Info Hash: 2B524B6F6E4161A83F548199A67119ECC8EFCF67 File Hash: 97EB70F552093092567A108F4051DEAC4E1695D5755720EC521496BD086F3205 | 06/01/2020 18:37:19 | Blacked Raw | 06/01/2020 | 06/25/2020 | PA0002255508 |
| 17 | Info Hash: 43213494F1E3122D84F9F9C1E4976E5BFC4F29CC File Hash: A436C4D138B49467FFFA43ABF9796C9231D73115A4B23D757A12F3BA81418C41 | 06/01/2020 18:31:19 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2DF1CA6FB712A3E5C9CE0E795735A6FC545B7E99<br>File Hash: C7C229C2765A7CF97883F1434F9B9A930A0322744B096540B2D7EFB063B79E0F | 05/12/2020 12:24:54 | Blacked Raw | 05/11/2020 | 06/08/2020 | PA0002243646 |
| 19 | Info Hash: BD46BCA2E91B2EB9645EF46BC37BB0D84F70F5CC<br>File Hash: 3D8FC25742F2CCB8C7A72683B3BB552213CACC15AC759F2E24DCF78105AF6E7B | 05/04/2020 19:07:12 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 20 | Info Hash: DF5AB30C3DCA2D1F7407D18CEF82EC233CFFAE23<br>File Hash: D221159F2ACCBF8C57638361E142A73720FE31BD17F4746F28FA595A6F81D55A | 04/28/2020 15:55:17 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 21 | Info Hash: A22F4E6473563F6C90E3BBC562FEAA70622DDCC1<br>File Hash: AB2C3B1C28081D91AA1C5E3AE980E9D6F493F86E17C24503E86A63624719B66D | 03/18/2020 17:32:33 | Blacked Raw | 03/17/2020 | 04/17/2020 | PA0002246171 |
| 22 | Info Hash: 31D494B106A9A8079A1C7762A594526BFD86E6F8<br>File Hash: 8924DAF01B20E82C2E2FFE9606846020729312D9A8DBA60B0F884DBE8E307813 | 03/14/2020 19:33:49 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 23 | Info Hash: 69B33C06738B6034FDFBDE7FAFF41DFADEF5AF9F<br>File Hash: 119DFA9ABACCD056D19450F73E5098A67254A73FB149B219006AE17A5090F006 | 03/08/2020 00:16:19 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 24 | Info Hash: E3B26F5C2DC1A36E0EF988A28A67E35C7D871A75<br>File Hash: EE2A22D7C42A06572835CA44CDD03226B209634290D2CCD3E20514017FFC8C1C | 03/08/2020 00:11:22 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 25 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/15/2020 19:42:43 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 26 | Info Hash: BDAAB1634538A6B59CEEA010C61C49921DAE5739<br>File Hash: AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 02/13/2020 21:29:00 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8A2C71FEFD09910A91223AD479D3B96B3F7B3E30 File Hash: ED6058A884F7FEE8CE28813E9282DC27072587B84B9FE787A7A3EF61F7F9CB51 | 02/10/2020 01:56:51 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 28 | Info Hash: 01E2D63737795C42DECBE70A01357A537DE58F3F File Hash: FACE33C44A60CC73BE6603918771201C7756911F1FE9C1F14FF4DCB7FC87D957 | 02/06/2020 21:19:57 | Blacked Raw | 11/03/2018 | 12/10/2018 | PA0002145823 |
| 29 | Info Hash: 579D4AA8DA1D6EF40E0B8A8E0FEAF3827040BC67 File Hash: 118D9A822F7BB2E6F6390169558A1F3E053AB4FCA0ADE2FC8B298EF608DD6BFE | 02/05/2020 20:10:55 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 30 | Info Hash: 536081B3584FE9715A0C40EF6DF3910EE5BFB9A2 File Hash: 72522E54AB8B6DEF8E43E71CFDE9AF9C61B283FDB63E17C539E230ADA86FABE8 | 01/26/2020 22:16:55 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 31 | Info Hash: F14D03319C96EA97DF51925499B59B64CA503E35 File Hash: EA4D9009B34F773184E4EB73E2BDE6C65D783E27863E51E1B60C05901FB93C08 | 01/11/2020 01:34:59 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 32 | Info Hash: D43FAF61BD09BAAAAEB946B9B543AF0F2D9C3AAF File Hash: DC43F44E7FE9A599D731EA1ACBDE1F07A986F2218AB5BDC6B70B03B2DD36558A | 12/29/2019 17:40:21 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |
| 33 | Info Hash: 4F0ECF1B69BFA8516FF063718BEBC286AEDF8110 File Hash: EB3FBCF6FD50335AD6148D5014D7E58238F9A8CC0B88909D48FE0F2DB75047E7 | 12/09/2019 21:33:33 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 34 | Info Hash: 20339C88FF1535B7EACE35DF6B1A4AD059893CBC File Hash: B619B8601D7F25ED8FF02A8CA7595FB7919173BB485B166D16EAF7CCA18DDDD6 | 12/03/2019 21:05:28 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 35 | Info Hash: 60FAF98DC530C76821EB20CE9D6F41DFB64CEBAD File Hash: 8B9C34D1B970E0D22F63878589E31A9E4E4822EEF61056D267E31B6A355DE56D | 11/27/2019 22:18:52 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 238E583821784CA8C1C7D09897AAC9B6FC68D488<br>File Hash: 402EDA3E56A21A9FEF4FF7A3C194EF0CCFFDA3915F8A18EDD88FBA6F19E1E56B | 11/26/2019 22:18:07 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 37 | Info Hash: 6B4E557876E19B7A0A80DB66239D6F313A804029<br>File Hash: 42C69FE8342D24CEA444E7EBD97C9CFAE02E7B131DC18FF99F9D16033B111665 | 11/22/2019 21:31:27 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 38 | Info Hash: 812F8C86F04B2DB47952A7844C50F944578529F4<br>File Hash: 0B80A128D5BBEED66FFF49D4FE1FB6F25F28BE2CCBB27A7F1D5CE420120EAFE9 | 11/14/2019 22:35:42 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 39 | Info Hash: 469595D1A9496423BFA01F9752C557CD11DE1AC2<br>File Hash: 4A9F5B865939808151A5AFCA6D57E92D60C54C3EC0AB0060D69EACC6F35176F6 | 11/14/2019 22:18:27 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 40 | Info Hash: 1732B9658AB6DDCF961106ABA037C501B8F45C33<br>File Hash: A77CEBE2BF870CB318892F72DA2D371A34B26D1751A7B6E8373C88BD4C5A354E | 11/05/2019 21:00:47 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |
| 41 | Info Hash: EEE99B3CCBD9F91F070C34D3E6033F4F6E065C30<br>File Hash: FF37EF58A28C154EFAE13E12BADC6BF3268E27B51A8F3F9C081C8E5BF5924D9F | 10/29/2019 20:16:20 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 42 | Info Hash: 4EB4D67EBC6EC0478234DAF597913256B5E6B168<br>File Hash: 325064F0BEDB951FED2FD3AFCC00A86C78443D6A76BD25D9C7DDDC93F156BF8F | 10/25/2019 01:48:25 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 43 | Info Hash: D8EF888FC0EE29BD01ED33A48BB51A18208AD2FB<br>File Hash: 5628DE58B0DDA316774753215439AE34A3A719A8C98ECD078017DC5F41651CA0 | 10/14/2019 20:49:14 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 44 | Info Hash: BDC7A944F7E63118998ABF42A055879909D76B43<br>File Hash: 47A5FEAD602520642CA1DF79B28F7EFFABFC4212FEE6A0600C8BF8C8CD83A553 | 10/09/2019 20:20:11 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 1B8A2EA2F5AEDFD9164650B31EEDFE48F2F1D026<br>File Hash: A69970D673349B6DDB2DDAD61A08EE4B45266EAE15B99414A13D22358F68DBC2 | 10/04/2019 19:29:07 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 46 | Info Hash: 41CC801DDD2EDBC09F3D85A9CB5AA73D6DE69C99<br>File Hash: 6AFD07CFF5EFA5B3443C96A5F79A92B0EDAE17A4CDA5E5B51A40E3FB723E53C9 | 10/01/2019 01:29:06 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 47 | Info Hash: 22B2BFA3FAB5998E8AB1E82DEE2BC27F7FA1592E<br>File Hash: 2F320CE4D293EABC10DC4970C155E4C0B520BA7CFAC97BA8C8F7A65F11AE88F2 | 09/19/2019 19:49:39 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 48 | Info Hash: F7B7AD901A19D393AF69A60E7FDBF2C2C4C91ABD<br>File Hash: 14E942CCCA83CB8157CC02977C74BCBBD8062E31C1531A7C10B9A79CAC996B20 | 09/10/2019 07:53:31 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |